The judgment of the Court of Civil Appeals, affirming that of the trial court, is affirmed.

Margene Welch RUST, Individually and as Guardian of Margene A. Rust, Petitioner, v. George Foster RUST and Armistead Dudley Rust, Independent Executors and Trustees Under the Will of the Estate of John Y. Rust, Jr., Deceased, et al., Respondents.

No. A–1728.

Supreme Court of Texas.

Nov. 3, 1948.

Neill & Lewis and Robt. T. Neill, both of San Angelo, for petitioners.

Upton, Upton & Baker and Travis E. Baker, all of San Angelo, P. R. Rowe, Jr., T. J. Arnold, W. C. Williamson, Gannon & Port and Gauis G. Gannon, all of Houston, and C. T. Dalton, Guardian Ad Litem, of San Angelo, for respondents.

FOLLEY, Justice.

This is a suit to construe the will of John Y. Rust, Jr., to determine whether the provisions thereof disposing of the residuary estate violate Art. I, Sec. 26 of the Constitution of Texas, Vernon's Ann. St., condemning perpetuities. The trial court upheld all provisions of the will and rendered judgment accordingly. The Court of Civil Appeals for the Third Supreme Judicial District of Texas, in a very able opinion by Honorable James W. McClendon, Chief Justice, affirmed the judgment of the trial court. 211 S.W.2d 262. Having reviewed the record and the briefs of the parties, we have concluded that we erred in granting the application for a writ of error. We approve the opinion of the